UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION

MDL No. 1943

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Minnesota.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Minnesota with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in 3 sheet(s) of the electronic record filed on _____, in the United States District Court for the District of Minnesota.
CERTIFIED 12/9, 2014.
BY: RICHARD D. SLETTEN
Deputy Clerk

IN RE: LEVAQUIN PRODUCTS LIABILITY LITIGATION

MDL No. 1943

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| MN | 0 | 11-03719 | ALN | 7 | 11-04095 | Ellinghausen et al v. Johnson & Johnson et al |
| MN | 0 | 09-03642 | ARW | 4 | 09-04124 | Burke et al v. Johnson & Johnson et al |
| MN | 0 | 12-02735 | AZ | 2 | 12-02005 | Teague v. Ortho-McNeil-Janssen Pharmaceuticals Incorporated et al |
| MN | 0 | 09-02218 | CAC | 2 | 09-04897 | Lee Trask et al v. Johnson & Johnson et al |
| MN | 0 | 10-01906 | CAC | 2 | 10-01929 | Mark Semos et al v. Ortho-McNeil Janssen Pharmaceuticals, Inc. et al |
| MN | 0 | 11-01181 | CAC | 2 | 11-03333 | Victor Person v. Ortho-McNeil Janssen Pharmaceuticals, Inc. et al |
| MN | 0 | 11-02085 | CAC | 2 | 11-05761 | Kristin Nicholas v. Janssen Pharmaceuticals Inc et al |
| MN | 0 | 12-00043 | CAC | 2 | 11-10498 | Arthur Dement v. Janssen Pharmaceuticals Inc et al |
| MN | 0 | 12-02736 | CAC | 2 | 12-08344 | Ruttenberg v. Ortho-McNeil Janssen Pharmaceuticals, Inc et al |
| MN | 0 | 12-02737 | CAC | 2 | 12-08352 | Handley v. Ortho-McNeil Janssen Pharmaceuticals Inc et al |
| MN | 0 | 12-02738 | CAC | 8 | 12-01646 | LLorente v. Ortho-McNeil Janssen Pharmaceuticals Inc et al |
| MN | 0 | 12-02739 | CAC | 8 | 12-01657 | West v. Ortho-McNeil Janssen Pharmaceuticals Inc et al |
| MN | 0 | 10-01915 | CO | 1 | 10-00315 | Schriner v. Johnson & Johnson et al |
| MN | 0 | 10-03815 | CO | 1 | 10-00893 | Hedrick v. Johnson & Johnson et al |
| MN | 0 | 11-02937 | CO | 1 | 11-01703 | Urynowicz v. Johnson & Johnson et al |
| MN | 0 | 11-03455 | CO | 1 | 11-02525 | McCullough v. Johnson & Johnson et al |
| MN | 0 | 11-02997 | CT | 3 | 11-01476 | Greenfield v. Pricara et al |
| MN | 0 | 12-01159 | CT | 3 | 12-00642 | Lindsay et al v. Pricara et al |
| MN | 0 | 13-00148 | CT | 3 | 12-01268 | Wickerd v. Johnson & Johnson et al |
| MN | 0 | 13-00564 | FLN | 1 | 13-00028 | Fagler et al v Johnson & Johnson Pharmaceutical Research & Development, LLC et al |
| MN | 0 | 10-00471 | FLN | 4 | 09-00463 | Thaxton v Johnson & Johnson et al |
| MN | 0 | 10-03903 | FLN | 4 | 10-00308 | Hurst v. Johnson & Johnson et al |
| MN | 0 | 10-03051 | GAN | 1 | 10-01415 | Bailey v. Johnson & Johnson et al |
| MN | 0 | 11-03339 | ILN | 1 | 11-07305 | Majetic v. Johnson & Johnson, et al., |
| MN | 0 | 11-03065 | INN | 3 | 11-00313 | Hostetler et al v. Johnson & Johnson et al |
| MN | 0 | 13-01489 | KS | 5 | 13-04060 | Smith v. Johnson & Johnson et al |
| MN | 0 | 11-02731 | MA | 3 | 11-30221 | Campora v. Ortho-McNeil-Janssen Pharmaceuticals, Inc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| MN | 0 | 09-03643 | MOE | 4 | 09-01639 | Bennett v. Johnson & Johnson et al |
| MN | 0 | 09-03644 | MSN | 4 | 09-00104 | Litton v. Johnson & Johnson et al |
| MN | 0 | 10-00475 | MSS | 3 | 10-00031 | Johnston et al v. Johnson & Johnson et al |
| MN | 0 | 10-03818 | MSS | 3 | 10-00385 | Gibson v. Johnson & Johnson et al |
| MN | 0 | 11-02179 | MSS | 3 | 11-00443 | Sandifer v. Johnson & Johnson et al |
| MN | 0 | 11-02180 | MSS | 3 | 11-00444 | Stanley et al v. Johnson & Johnson et al |
| MN | 0 | 11-02181 | MSS | 3 | 11-00445 | Sandifer v. Johnson & Johnson et al |
| MN | 0 | 10-04878 | MT | 2 | 10-00061 | Larson et al v. Ortho-McNeil Pharmaceutical, Inc. |
| MN | 0 | 10-04697 | NE | 4 | 10-03204 | Marlar v. Johnson & Johnson et al |
| MN | 0 | 10-03909 | NJ | 3 | 10-03514 | Sussman et al v Johnson & Johnson et al |
| MN | 0 | 10-03910 | NJ | 3 | 10-03515 | Randle v Johnson & Johnson et al |
| MN | 0 | 12-02276 | NM | 2 | 12-00785 | Dewey v. Johnson and Johnson, et al |
| MN | 0 | 10-04698 | NV | 2 | 10-01796 | Fredrich v. Johnson & Johnson et al |
| MN | 0 | 09-03091 | NYE | 1 | 09-03075 | Sylvester v. Ortho-McNeil Pharmaceutical, Inc. et al |
| MN | 0 | 12-02740 | NYE | 1 | 12-04755 | Watsky v. Ortho-McNeil Janssen Pharmaceutical, Inc. et al |
| MN | 0 | 11-01715 | NYE | 2 | 11-02236 | Bouse et al v. Johnson & Johnson et al |
| MN | 0 | 11-02286 | NYE | 2 | 11-03551 | Bouse et al v. Johnson & Johnson et al |
| MN | 0 | 12-02652 | NYE | 2 | 12-04752 | Meyer v. Ortho-McNeil Janssen Pharmaceuticals, Inc. et al |
| MN | 0 | 12-02653 | NYE | 2 | 12-04753 | Frenger v. Ortho-McNeil Janssen Pharmaceutical, Inc. et al |
| MN | 0 | 12-02654 | NYE | 2 | 12-04754 | Edwards v. Ortho-McNeil Janssen Pharmaceuticals, Inc. et al |
| MN | 0 | 09-02887 | NYS | 1 | 09-07753 | Rosenberg v. Ortho-McNeil Janssen Pharmaceuticals, Inc. et al |
| MN | 0 | 12-02741 | NYS | 1 | 12-07320 | Semos et al v. Johnson & Johnson |
| MN | 0 | 10-00993 | OKE | 6 | 10-00051 | Lankford v. Johnson & Johnson et al |
| MN | 0 | 11-01644 | OKW | 5 | 11-00668 | Mills v. Johnson & Johnson Services Inc et al |
| MN | 0 | 10-04559 | SC | 8 | 10-02650 | Jackson v. Johnson & Johnson Inc et al |
| MN | 0 | 10-03821 | TXE | 1 | 10-00200 | Presley v. Johnson & Johnson et al |
| MN | 0 | 10-00995 | TXE | 4 | 09-00564 | Ramsey v. Johnson & Johnson et al |
| MN | 0 | 10-04043 | TXN | 3 | 10-01543 | Kamp v. Ortho-McNeil-Janssen Pharmaceutical, Inc. et al |
| MN | 0 | 08-04698 | WAW | 2 | 07-01876 | Hammond v. Ortho-McNeil Pharmaceutical Inc |